FILED

03/30/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0102



IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0102

BRIAN D. SMITH,

Petitioner and Appellant,

v.

STATE OF MONTANA,

Respondent and Appellee.

FILED

MAR 3 0 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Representing himself, Appellant Brian D. Smith moves this Court to clarify counsel's name for Appellee State of Montana and to compel counsel to serve Smith with a copy of the response brief. Smith points out that the State's response brief has the incorrect name for the Attorney General on page 14, even though the cover page had the correct name. Smith adds that this same cover page incorrectly had Smith's mailing address as in Boulder instead of Deer Lodge. The State has filed a Notice of Errata.

The State responds that the Attorney General's name was corrected to Austin Knudsen in the signature block on page 14 of the brief and provided the additional copies of the page to this Court. The State mailed a copy of the corrected last page along with its Notice of Errata to Smith at his current address.

The errors pointed out by Smith have since been corrected by the State.[1] We observe that the Certificate of Service for the response brief reflects the mailing of the brief to Smith at Deer Lodge. Smith was served a copy of the State's response brief. On March 24, 2021, this case was classified. A decision will be issued in due course. Therefore,

IT IS ORDERED that Smith's Motion to Clarify and Compel is DENIED, as moot.

---

[1] This Court notes that on page 2 of the State's Notice of Errata, the State inadvertently included the name of Timothy C. Fox instead of Austin Knudsen as the Attorney General in the signature block.

The Clerk is directed to provide a copy of this Order to counsel of record and to Brian D. Smith personally.

DATED this 30 day of March, 2021.

For the Court,

By _____

Chief Justice